UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LOUIS VUITTON MALLETIER,

                Plaintiff,

      - against -              04 Civ. 4200 (DAB)
                                ADOPTION OF REPORT
APEX CREATIVE INTERNATIONAL     AND RECOMMENDATION
CORPORATION, et al.

               Defendants.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

      This matter is before the Court upon the August 17, 2009 Report and Recommendation of United States Magistrate Judge Henry Pitman. Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also F.R.C.P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). To date, no objections to said Report and Recommendation have been filed.

      Having reviewed the Report and Recommendation and finding no clear error on the face of the record, see 28 U.S.C. ' 636(b)(1)(B), it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry Pitman dated August 17, 2009 be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Pursuant to Magistrate Judge Pitman's recommendation, damages are assessed against defaulting Defendants in the amount of $72,000.00, plus $22,234.00 in attorney's fees and $8,308.90 in costs for a total award of $102,542.90 in favor of the Plaintiff;

3. The Clerk of the Court is directed to close the docket in the above-captioned case.

SO ORDERED.

DATED: New York, New York
January 5, 2010

_____
DEBORAH A. BATTS
United States District Judge